UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 00-60029-03/USM No. 10408-035 |
| VERSUS | JUDGE TUCKER L. MELANÇON |
| TRINA RAUCHELL JACKSON | MAG. JUDGE PATRICK J. HANNA |

ORDER REGARDING MOTION FOR SENTENCE REDUCTION

Upon motion of the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission under 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, it is

**ORDERED** that the motion is **DENIED**.

Except as otherwise provided, all provisions of the Court's February 22, 2008 Judgment [Doc. No. 779] shall remain in place.

Thus done and signed in Lafayette, Louisiana, this 5th day of December, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE