00-cr-60029 #896

**RECEIVED**
JAN 09 2012
TONY R. MOORE, CLERK
BY _____ BW
       DEPUTY

CLERK, UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
U.S. COURTHOUSE
300 FANNIN ST., SUITE 1167
SHREVEPORT, LOUISIANA 71101-3083

OFFICIAL BUSINESS

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
JAN 09 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

NIXIE      773 5E 1      00 01/09/12
           RETURN TO SENDER
           NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 711013083099          *1065-22449-00-36



UNITED STATES POSTAGE
PITNEY BOWES
02 1R
0000655974
$ 00.44⁰
MAILED FROM ZIPCODE 71101
DEC 20 2011

## NOTICE FROM U.S. DISTRICT COURT - WESTERN DISTRICT OF LOUISIANA

Trina Rauchell Jackson
5316 Community Blvd
Houston, TX 77005

---

Case: 6:00-cr-60029 #896
3 pages printed: Mon Dec 19 14:02:12 2011

---

### YOU COULD RECEIVE THIS NOTICE AS SOON AS
### IT IS ENTERED INTO THE COURT'S RECORD

The Clerk now provides E-mail notice of entry of all documents filed in our court. This includes pleadings filed by your opposing counsel as well as ruling, orders and judgments of the court.

This E-mail Notice of Filing allows you to view the actual document immediately after it is entered into the court's record. You can then print or save a copy of the document on your computer. The full Notice of Electronic Filing can be accessed on the electronic docket sheet.

To sign up for this valuable service or to find out more information, please visit our website at www.lawd.uscourts.gov. Please note that you must consent to receive E-mail notification via our online sign-up form. A written request to the Clerk is not an acceptable form of registration.

You can also provide additional E-mail addresses when you sign up. This will be particularly useful if you want a staff member to assist you with monitoring the filings in your cases.

**United States District Court**
OFFICE OF THE CLERK
**Western District of Louisiana**

December 19, 2011

*800 Lafayette Street, Suite 2100*
*Lafayette, LA 70501*
*1-337-593-5000*

*300 Fannin Street, Suite 1167*
*Shreveport, LA 71101*
*1-318-676-4273*

Lyle W. Cayce, Clerk
U. S. Court of Appeals - Fifth Circuit
600 S. Maestri Place
New Orleans, LA   70130

RE:   USA v Cotton
       USDC#   6:00cr60029-01      USCOA#   11-30552

Dear Sir:

In connection with this appeal, the following items are being certified and transmitted.

   Record on appeal including updated docket entries, consisting of:

       4 volumes of record
       48 volumes of transcript (1 is sealed)
       4 containers of exhibits
       1 env. w/sealed PSI
       1 env. w/sealed SOR
       1 env. w/sealed docs. 230, 233, 240, 244, 245, 250, 261, 262, 347, 355, 449, 450, 513, 514, 515, 529-534, 539, 707, 754

                             Very truly yours,

                             TONY R. MOORE, Clerk of Court

                             BY:_____S/ Nancy Lundy_____
                                    Nancy Lundy, Deputy Clerk

nl
Enclosures

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Western District of Louisiana

**Notice of Electronic Filing**

The following transaction was entered on 12/19/2011 at 1:44 PM CST and filed on 12/19/2011

**Case Name:** USA v. Cotton, et al

**Case Number:** 6:00-cr-60029-TLM-PJH

**Filer:**

**Document Number:** 896

**Docket Text:**
CERTIFIED AND TRANSMITTED Record on Appeal as to John Timothy Cotton to US Court of Appeals re [865] Notice of Appeal - Final Judgment consisting of 4 Volumes of Electronic Records, 4 Containers of Exhibits, 48 Volumes of Transcripts (1 is sealed), 1 Envelope containing PSI, 1 Envelope containing Statement of Reasons, 1 Envelope containing sealed documents numbered 230, 233, 240, 244, 245, 250, 261, 262, 347, 355, 449, 450, 513, 514, 515, 529-534, 539, 707, 754. (crt,Lundy, N)